# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | No. 211 EAL 2015 |
| v. | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| THE REAL PROPERTY AND IMPROVEMENTS KNOWN AS 4231 N. REESE STREET PHILADELPHIA, PA 19140 | |
| PETITION OF: CARMEN SOTO (4231 N. REESE STREET) | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.